No. 135. AMERICAN AIRWAYS, INC. *v.* WALLACE, COMPTROLLER OF TENNESSEE, ET AL.

Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The order denying interlocutory injunction is affirmed. *Alabama* v. *United States,* 279 U. S. 229, 231; *'United Fuel*

*Gas Co.* v. *Public Service Commission*, 278 U. S. 322, 326; *National Fire Insurance Co.* v. *Thompson*, 281 U. S. 331, 338; *United Drug Co.* v. *Washburn*, 284 U. S. 593; *Binford* v. *J. H. McLeaish & Co.*, 284 U. S. 598; *South Carolina Power Co.* v. *South Carolina Tax Commission*, 286 U. S. 525; *Ogden & Moffett Co.* v. *Michigan Public Utilities Commission*, 286 U. S. 525. *Mr. J. W. Canada* for appellant. No appearance for appellees.